UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BERNAL,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC., et al.,<br><br>　　　　Defendant(s). | CASE NO. CV11-01360-AHM (Ex)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

　　The Court having been advised by the parties that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

　　IT IS SO ORDERED.

Date: December 7, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　A. Howard Matz
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**JS-6**